**No. 10-5099. Robert F. Bortolon, Petitioner v. Edmund G. Brown, Jr., Attorney General of California.**

562 U.S. 903, 131 S. Ct. 241, 178 L. Ed. 2d 161, 2010 U.S. LEXIS 6153.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5100. Peng Thao, Petitioner v. United States.**

562 U.S. 904, 131 S. Ct. 241, 178 L. Ed. 2d 161, 2010 U.S. LEXIS 6548.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5102. Garworth Williams, Petitioner v. United States.**

562 U.S. 904, 131 S. Ct. 241, 178 L. Ed. 2d 161, 2010 U.S. LEXIS 6655.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 356 Fed. Appx. 359.

**No. 10-5103. John Witherow, Petitioner v. Gregory Smith, Warden.**

562 U.S. 904, 131 S. Ct. 241, 178 L. Ed. 2d 161, 2010 U.S. LEXIS 6028.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5104. William Tackett, Petitioner v. Ohio.**

562 U.S. 904, 131 S. Ct. 242, 178 L. Ed. 2d 161, 2010 U.S. LEXIS 6659.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 124 Ohio St. 3d 1471, 921 N.E.2d 244.

**No. 10-5105. Timothy Bruce Ruddle, Petitioner v. United States.**

562 U.S. 904, 131 S. Ct. 242, 178 L. Ed. 2d 161, 2010 U.S. LEXIS 6433.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 372 Fed. Appx. 765.

**No. 10-5107. Christopher McDonald, Petitioner v. Marcus Hardy, Warden.**

562 U.S. 904, 131 S. Ct. 242, 178 L. Ed. 2d 161, 2010 U.S. LEXIS 6278.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 359 Fed. Appx. 650.